UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL ZEILE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:17-cv-2926-NAB |
| v. ) | |
| ) | |
| MtM DESIGN LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court upon review of the file. On December 21, 2017, plaintiff Robert Michael Zeile filed a civil complaint in this Court, but he neither paid the required filing fee nor filed a motion for leave to proceed in forma pauperis. In an Order dated December 27, 2017, the Court ordered him to do one or the other. The Court specifically cautioned plaintiff that his failure to timely comply could result in the dismissal of his complaint.

Plaintiff's response was due to the Court on January 27, 2018. To date, however, he has neither complied with the Court's Order nor sought additional time to do so. This case will therefore be dismissed due to plaintiff's failure to comply with the Court's December 27, 2017 Order, and his failure to prosecute his case. *See* Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

Dated this 6th day of February, 2018.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE